MAGISTRATE JUDGE JOHNSTON

13CR50059

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
WESTERN DIVISION

FILED

OCT 3 2013

THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| v. | ) No. 13 CR 50059 |
| | ) Violation: Title 29, United |
| JOSEPH R. HULSTEDT | ) States Code, Section 439(c) |

The UNITED STATES ATTORNEY charges:

1. At all times material to this Information:

    a. Brotherhood of the Maintenance of Way Employees Local 1046 was a labor organization engaged in an industry affecting commerce as defined by Sections 402(i) and 402(j) of Title 29, United States Code, was subject to the Labor Management Reporting and Disclosures Act of 1959, 29 U.S.C. § 401, *et seq.*, and was required to file an annual financial (LM series) report (hereinafter "Labor-Management Report") with the Secretary of Labor.

    b. Defendant JOSEPH R. HULSTEDT was the Secretary/Treasurer of the Brotherhood of the Maintenance of Way Employees Local 1046.

2. Beginning as early as April, 2008, and continuing to on or about May, 2011, at Loves Park, in the Northern District of Illinois, Western Division,

JOSEPH R. HULSTEDT,

defendant herein, did willfully make false entries in the labor organization's financial records, which records are required to be kept by Section 436 of Title 29, United States Code,

and falsified annual Labor-Management Reports for such labor organization's fiscal years ending on May 31, 2008, May 31, 2009, and May 31, 2010, which reports were required to be filed with the Secretary of Labor;

    In violation of Title 29, United States Code, Section 439(c).

                                                     UNITED STATES ATTORNEY